✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Club Vista Financial Services, L.L.C., a
Nevada limited liability company;
Tharaldson Motels II, Inc., a North Dakota
corporation; and Gary D. Tharaldson,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

V.

Case Number:  10-cv-3174 (SRN/JJG)

Maslon, Edelman, Borman & Brand, LLP,
a Minnesota limited liability partnership,

Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Pursuant to Fed. R. Civ. P. 41(a)(2), and the Stipulation of the parties, Docket Entry No. 86, the remaining two claims made by Plaintiffs and not dismissed by the undersigned by way of the Order dated October 18, 2011, Docket Entry No. 84, namely Count IV, aiding and abetting breach of fiduciary duty and Count V, aiding and abetting misrepresentation, are dismissed with prejudice and on the merits, without further costs or attorney's fees to either party.

|  |  |
|---|---|
| January 9, 2012 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/ M.Price |
| (By) | M. Price   Deputy Clerk |