## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Club Vista Financial Services, L.L.C., a Nevada limited liability company; Tharaldson Motels II, Inc., a North Dakota corporation; and Gary D. Tharaldson,<br><br>      Plaintiffs,<br><br> v.<br><br>Maslon, Edelman, Borman & Brand, LLP, a Minnesota limited liability partnership,<br><br>      Defendant. | Court File No. 10-cv-3174 (SRN/JJG)<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Order Granting Defendant's Motion to Dismiss in Part as to Counts I, II, and III of the Complaint and Denying in Part as to Counts IV and V, and Dismissing Counts I, II and II of the Complaint with Prejudice entered in this action on October 18, 2011, and from the Judgment in a Civil Case entered in this action on January 9, 2012.

Respectfully submitted,

DATED: January 30, 2012     **LINDQUIST & VENNUM P.L.L.P.**

By   s/ David L. Sasseville
    David L. Sasseville (0156000)
    *dasseville@lindquist.com*
    Nell E. Mathews (016852X)
    *nmathews@lindquist.com*
    Jessica L. Meyer (0387195)
    *jmeyer@lindquist.com*
4200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
(612) 371-3211
(612) 371-3207 (facsimile)

***ATTORNEYS FOR PLAINTIFFS***

2