UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 12-1251
_____

Club Vista Financial Services, LLC,
a Nevada limited liability company;
Tharaldson Motels II, Inc., a North
Dakota corporation; and Gary D. Tharaldson

Plaintiffs - Appellants

v.

Maslon, Edelman, Borman & Brand, LLP,
a Minnesota limited liability partnership

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:10-cv-03174-SRN)
_____

**JUDGMENT**

Appellants' motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

May 30, 2012

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans