# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-1251

Club Vista Financial Services, LLC, a Nevada limited liability company, et al.

Appellants

v.

Maslon, Edelman, Borman & Brand, LLP, a Minnesota limited liability partnership

Appellee

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:10-cv-03174-SRN)
_____

## MANDATE

In accordance with the judgment of 05/30/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 30, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit